UNITED STATES BANKRUPTCY COURT
DISTRICT OF
                        DIVISION

In re:                                §
                                      §
GONZALEZ, JORGE L                     §     Case No. 11-34054 LMI
GONZALEZ, ELISA ROSA                  §
                                      §
                                      §
           Debtor(s)                  §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                  $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/MARCIA T. DUNN, TRUSTEE_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-34054   LMI   Judge: LAUREL MYERSON ISICOFF | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | Date Filed (f) or Converted (c): | 08/30/11 (f) |
| | GONZALEZ, ELISA ROSA | 341(a) Meeting Date: | 10/06/11 |
| For Period Ending: | 08/21/13 | Claims Bar Date: | 02/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Address: 2140 SW 122nd Court, Miami, Fl. 33175 Hom | 108,080.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Paypal account | 0.00 | 0.00 | | 0.00 | FA |
| 4. University CU Check. Acct No.X834-9 | 150.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. University CU Check. Acct No.X882-9 | 5.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. University CU Sav. Acct No.X834-0 | 9.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. University CU Sav. Acct No.X882-0 | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Misc. Household Goods Based on Inventory List | 1,167.00 | 2,000.00 | | 2,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Misc. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Misc. Jewelry Based on Inventory List | 280.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 1 fishing rod | 5.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 1 Handgun Glock 1 Shotgun Remington | 45.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Term/Group Life Insurance Through Employer No Cash | 0.00 | 0.00 | | 0.00 | FA |
| 14. Term/Group Life Insurance Through Employer No Cash | 0.00 | 0.00 | | 0.00 | FA |
| 15. ATT Retirement Sav. Acct. Fidelity Investments | 5,411.19 | 0.00 | | 0.00 | FA |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2
Exhibit A

| Case No: | 11-34054 | LMI | Judge: LAUREL MYERSON ISICOFF | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | | | Date Filed (f) or Converted (c): | 08/30/11 (f) |
| | GONZALEZ, ELISA ROSA | | | 341(a) Meeting Date: | 10/06/11 |
| | | | | Claims Bar Date: | 02/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 16. Retirement Plan Through Employer Valic | 24,652.64 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. 1 Fishing License Not marketable | 0.00 | 0.00 | | 0.00 | FA |
| 18. Vehicle: 2009 Nissan Rogue SL 4D SUV Mileage: 36,5 | 17,350.00 | 14,000.00 | | 14,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 19. Vehicle: 2012 Scion XB 4D Sedan Mileage: 1,105 Fin | 19,763.00 | 0.00 | OA | 0.00 | FA |
| Notice of Abandonment, 11/23/11, CP #36 | | | | | |
| 20. Misc. Household Tools | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 21. 1 dog | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 22. Potential 2011 Tax Refund (u) | 0.00 | 1,600.00 | | 1,600.00 | FA |
| 23. Post-Petition Interest Deposits (u) | 0.00 | 0.36 | | 0.36 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $177,217.83    $17,600.36    $17,600.36    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 06, 2011 The Debtor has agreed to maintain full liability and property damage insurance on the vehicle(s).

October 07, 2011  Tabas' firm to represent the trustee; trustee to pursue non exempt equity in vehicle and 2011 tax refund, and determine whether any additional assets exist for the benefit of creditors.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | |
|---|---|
| Case No: 11-34054  LMI   Judge: LAUREL MYERSON ISICOFF | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: GONZALEZ, JORGE L | Date Filed (f) or Converted (c): 08/30/11 (f) |
| GONZALEZ, ELISA ROSA | 341(a) Meeting Date: 10/06/11 |
| | Claims Bar Date: 02/16/12 |

November 08, 2011 Negotiations are on-going between attorney for trustee and attorney for debtors with regard to value of non exempt property.

November 10, 2011 Stipulation of Settlement has been executed; debtors to pay a total of $2,000.00 for non exempt property by making four consecutive monthly payments of $500.00 each commencing November 25, 2011; debtors to additionally turnover the 2009 Nissan Rogue for liquidation and turnover the 2011 tax refund (up to $1,600.00). Trustee to file Motion to Approve.

November 23, 2011 Trustee filed Notice of Abandonment of 2012 Scion XB 4D Sedan.

January 13, 2012 Trustee is retaining DMS to auction the vehicle.

March 22, 2012 Trustee has paid off lien on vehicle with University Credit Union.

July 12, 2012 All funds have been collected; trustee to review claims; trustee has requested final fee application.

November 14, 2012 Trustee finallizing claims review; trustee has again requested final fee application; trustee will thereafter file Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 10/30/13     Current Projected Date of Final Report (TFR): 09/30/13

/s/    MARCIA T. DUNN, TRUSTEE
_____   Date: 08/21/13
       MARCIA T. DUNN, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-34054 -LMI | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | | Bank Name: | UNION BANK |
| | GONZALEZ, ELISA ROSA | | Account Number / CD #: | *******8119  General Account |
| Taxpayer ID No: | *******0328 | | | |
| For Period Ending: | 08/21/13 | | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 4,705.18 | | 4,705.18 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,690.18 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,675.18 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,660.18 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,645.18 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,630.18 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,615.18 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,600.18 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,585.18 |

|  | COLUMN TOTALS | 4,705.18 | 120.00 | 4,585.18 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 4,705.18 | 0.00 | |
|  | Subtotal | 0.00 | 120.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 120.00 | |

Page Subtotals        4,705.18        120.00

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-34054 -LMI | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | | Bank Name: | BANK OF AMERICA |
| | GONZALEZ, ELISA ROSA | | Account Number / CD #: | *******1188 Money Market Account |
| Taxpayer ID No: | *******0328 | | | |
| For Period Ending: | 08/21/13 | | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/11 | 8 | JORGE L GONZALEZ 2140 SW 122 COURT MIAMI, FL 33175 | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 1/24/12, CP# 47 | 1129-000 | 500.00 | | 500.00 |
| 12/23/11 | 8 | JORGE L GONZALEZ 2140 SW 122 COURT MIAMI, FL 33175 | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 1/24/12, CP# 47 | 1129-000 | 500.00 | | 1,000.00 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.68 | 999.32 |
| 01/10/12 | 18 | DOCUMENT MANAGEMENT SOLUTIONS INC. 4980 SW 52ND ST., STE. 108 DAVIE, FL 33314-5521 | ORDER GRANTING MOTION FOR SALE OF PROPERTY, 12/1/11, CP# 41; Report of Auction, 2/2/12, CP #50 | 1129-000 | 14,000.00 | | 14,999.32 |
| 01/16/12 | | Transfer to Acct #*******6473 | Bank Funds Transfer | 9999-000 | | 750.00 | 14,249.32 |
| 01/16/12 | | Transfer to Acct #*******6473 | Bank Funds Transfer | 9999-000 | | 1,400.00 | 12,849.32 |
| 01/16/12 | | Transfer to Acct #*******6473 | Bank Funds Transfer | 9999-000 | | 10,605.08 | 2,244.24 |
| 01/31/12 | 8 | JORGE L GONZALEZ 2140 SW 122 COURT MIAMI, FL 33175 | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 1/24/12, CP# 47 | 1129-000 | 500.00 | | 2,744.24 |
| 01/31/12 | 23 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,744.27 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.37 | 2,739.90 |
| 02/09/12 | | Transfer to Acct #*******6473 | Bank Funds Transfer | 9999-000 | | 0.26 | 2,739.64 |
| 02/09/12 | | Transfer to Acct #*******6473 | Bank Funds Transfer | 9999-000 | | 87.12 | 2,652.52 |
| 02/29/12 | 8 | JORGE L GONZALEZ 2140 SW 122 COURT MIAMI, FL 33175 | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 1/24/12, CP# 47 | 1129-000 | 500.00 | | 3,152.52 |
| 02/29/12 | 23 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,152.54 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.16 | 3,149.38 |
| 03/07/12 | | Transfer to Acct #*******6473 | TRANSFER TO WRITE CHECKS | 9999-000 | | 0.02 | 3,149.36 |
| 03/21/12 | 22 | JORGE L GONZALEZ 2140 SW 122 COURT | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 1/24/12, CP# 47 | 1224-000 | 78.00 | | 3,227.36 |

Page Subtotals      16,078.05      12,850.69

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-34054 -LMI | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | | Bank Name: | BANK OF AMERICA |
| | GONZALEZ, ELISA ROSA | | Account Number / CD #: | *******1188  Money Market Account |
| Taxpayer ID No: | *******0328 | | | |
| For Period Ending: | 08/21/13 | | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MIAMI, FL  33175 | | | | | |
| 03/21/12 | 22 | UNITED STATES TREASURY | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 1/24/12, CP# 47 | 1224-000 | 1,522.00 | | 4,749.36 |
| 03/30/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,749.39 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.18 | 4,745.21 |
| 04/30/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,745.25 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.03 | 4,739.22 |
| 05/31/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,739.26 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.02 | 4,733.24 |
| 06/29/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,733.28 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.63 | 4,727.65 |
| 07/31/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,727.69 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.20 | 4,721.49 |
| 08/31/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,721.53 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.00 | 4,715.53 |
| 09/28/12 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,715.57 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.41 | 4,710.16 |
| 10/29/12 | 23 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,710.20 |
| 10/29/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 5.02 | 4,705.18 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/29/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 4,705.18 | 0.00 |

Page Subtotals        1,522.31        4,749.67

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 11-34054 -LMI | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GONZALEZ, JORGE L | | Bank Name: | BANK OF AMERICA |
| | GONZALEZ, ELISA ROSA | | Account Number / CD #: | *******1188  Money Market Account |
| Taxpayer ID No: | *******0328 | | | |
| For Period Ending: | 08/21/13 | | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,600.36 | 17,600.36 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 17,547.66 | |
| | | | Subtotal | | 17,600.36 | 52.70 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,600.36 | 52.70 | |

Page Subtotals     0.00     0.00

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-34054 -LMI | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | Bank Name: | BANK OF AMERICA |
| | GONZALEZ, ELISA ROSA | Account Number / CD #: | *******6473  General Account |
| Taxpayer ID No: | *******0328 | | |
| For Period Ending: | 08/21/13 | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/12 | | Transfer from Acct #*******1188 | Bank Funds Transfer | 9999-000 | 750.00 | | 750.00 |
| 01/16/12 | | Transfer from Acct #*******1188 | Bank Funds Transfer | 9999-000 | 1,400.00 | | 2,150.00 |
| 01/16/12 | | Transfer from Acct #*******1188 | Bank Funds Transfer | 9999-000 | 10,605.08 | | 12,755.08 |
| 01/16/12 | 001001 | DMS<br>4980 SW 52 STREET, SUITE 108<br>PLANTATION, FL 33314 | ORDER GRANTING EMPLOYMENT AND PAYMENT TO AIUCTIONEER,  AND PAYMENT TO LIEN HOLDER<br>12/1/11, CP40 | 3640-000 | | 750.00 | 12,005.08 |
| 01/16/12 | 001002 | DMS<br>4980 SW 52 STREET, SUITE 108<br>PLANTATION, FL 33314 | ORDER GRANTING EMPLOYMENT AND PAYMENT TO AUCTIONEER,  AND PAYMENT TO LIEN HOLDER<br>12/1/11, CP40 | 3630-000 | | 1,400.00 | 10,605.08 |
| 01/16/12 | 001003 | UNIVERSITY CREDIT UNION<br>13241 SW 136 ST<br>MIAMI, FL 33186 | ORDER GRANTING EMPLOYMENT AND PAYMENT TO AUCTIONEER,  AND PAYMENT TO LIEN HOLDER<br>12/1/11, CP40<br><br>GONZALEZ, JORGE & ELISA<br>Vehicle: 2009 Nissan Rogue SL 4D SUV | 4210-000 | | 10,605.08 | 0.00 |
| 02/09/12 | | Transfer from Acct #*******1188 | Bank Funds Transfer | 9999-000 | 0.26 | | 0.26 |
| 02/09/12 | | Transfer from Acct #*******1188 | Bank Funds Transfer | 9999-000 | 87.12 | | 87.38 |
| 02/09/12 | 001004 | UNIVERSITY CREDIT UNION<br>13241 SW 136 ST<br>MIAMI, FL 33186 | ORDER AUTHORIZING PAYMENT TO LIENHOLDER OF VEHICLE,  2/8/12, CP52 | 4210-000 | | 87.38 | 0.00 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.02 | -0.02 |
| 03/07/12 | | Transfer from Acct #*******1188 | TRANSFER TO WRITE CHECKS | 9999-000 | 0.02 | | 0.00 |

| | | | | Page Subtotals | 12,842.48 | 12,842.48 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit B

| Case No: | 11-34054 -LMI | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GONZALEZ, JORGE L | | Bank Name: | BANK OF AMERICA |
| | GONZALEZ, ELISA ROSA | | Account Number / CD #: | *******6473  General Account |
| Taxpayer ID No: | *******0328 | | | |
| For Period Ending: | 08/21/13 | | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,842.48 | 12,842.48 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 12,842.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,842.48 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 12,842.48 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| General Account - ********8119 | 0.00 | 120.00 | 4,585.18 |
| Money Market Account - ********1188 | 17,600.36 | 52.70 | 0.00 |
| General Account - ********6473 | 0.00 | 12,842.48 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 17,600.36 | 13,015.18 | 4,585.18 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-34054 LMI
Case Name: GONZALEZ, JORGE L
  GONZALEZ, ELISA ROSA
Trustee Name: MARCIA T. DUNN, TRUSTEE

    Balance on hand                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MARCIA T. DUNN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: MARCIA T. DUNN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: TABAS FREEDMAN SOLOFF BROWN & RIGALI, PA | $ | $ | $ |
| Attorney for Trustee Expenses: TABAS FREEDMAN SOLOFF BROWN & RIGALI, PA | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses          $_____

    Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | Southern California Edison Company | $ | $ | $ |
| 000005 | Sallie Mae | $ | $ | $ |
| 000006 | Chase Bank USA N.A. | $ | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ | $ |
| 000008 | American Express Centurion Bank | $ | $ | $ |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000010 | Midland Funding LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | American InfoSource LP as agent for | $ | $ | $ |
| 000012 | American InfoSource LP as agent for | $ | $ | $ |
| 000013 | American InfoSource LP as agent for | $ | $ | $ |
| 000014 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:


NONE



Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE